# United States Federal Court of Alexandria

Plantiffs

(Corey James Cribbs) #22109-040
(Dylan Lee Pruett) #34941-045
USP Pollock
P.O Box 2099
Pollock LA, 71467-4050

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 24 2022
TONY R. MOORE, CLERK
BY _____ DEPUTY

VS

Defendants

United States Penitentiary (Pollock)
P.O Box 2099
Pollock LA 71467-4050

## Motion
### 1983 Class Action Civil suit

I Corey Cribbs #22109-040 and Dylan Pruett #34941-045 would like to state a Claim Against (USP) Pollock for (Inhumane treatment) and (pain and suffering) for the following Reasons on October 17, 2022 I Cribbs and Pruett were placed in Segragation Housing unit Rang-4 cell 235 around 8:30pm to 9:00pm and was denied a mattress to sleep on and had to sleep on a metal slab until the next day and didn't recieve a mattress until around 1:00pm to 2:00pm. Also the shower, sink, and toilet did not work. I Cribbs and pruett, "stated to officers that none of those worked and that it was →

Inhumane to place us in a cell that is in a none living condiction. We were in that cell from october 17, 2022 to october 19th without use of a sink, shower and toliet until matience officer (BeauBoef) arrived around 1:00pm to 2:00pm to fix the problem. We will like to seek Class Action for (Inhumane treatment) and Pain and Suffering) and Recieve Compensation of $250,000 for the claims stated above.

(Respectfully Submitted)

Corey Cribbs #22109-040

Dylan Pruett #34941-045

Date october 19th, 2022

X Corey Cribbs    10-19-22
X Dylan Pruett    10-19-22