UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COREY JAMES CRIBBS #22109-040, Plaintiff | CIVIL DOCKET NO. 1:22-CV-05796 SEC P |
| VERSUS | JUDGE DRELL |
| POLLOCK, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint (ECF No. 7) is DENIED and DISMISSED WITH PREJUDCE under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10th day of February 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT